

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00534-CV

**Urelift Gulf Coast, L.P.**

v.

**Travis  Bennett**

NO. 2014-01204 IN THE 295TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 03/04/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 10/27/2014 | E-PAID | APE |
| SUPP CLK RECORD | $13.00 | 10/03/2014 | PAID | APE |
| MT FEE | $10.00 | 09/15/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 09/15/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 09/15/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 09/12/2014 | E-PAID | ANT |
| CLK RECORD | $621.00 | 08/08/2014 | PAID | ANT |
| MT FEE | $10.00 | 07/17/2014 | E-PAID | APE |
| FILING | $175.00 | 07/03/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 07/03/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $899.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this May 29, 2015.

CHRISTOPHER A. PRINE
CLERK OF THE COURT